

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :      MISDEMEANOR
                              :      INFORMATION
      - v. -                  :
                              :      07 Cr.
RAJ SINGHAL,                  :
                              :
            Defendant.        :      **07 CRIM 1113**
                              :
- - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The United States Attorney charges:

1.     From in or about August 2002 through in or about
February 2004, in the Southern District of New York and
elsewhere, RAJ SINGHAL, the defendant, unlawfully, willfully, and
knowingly did take and carry away, with intent to steal and
purloin, property and money and a thing of value not exceeding
$1,000 belonging to, and in the care, custody, control,
management and possession of a bank, to wit, SINGHAL submitted to
his employer, a bank located in Manhattan, New York, requests for
reimbursement of purported business-related taxi expenses that
SINGHAL had not incurred, and converted corresponding
reimbursements to his own use.

(Title 18, United States Code, Section 2113(b).)

<u>COUNT TWO</u>

The United States Attorney further charges:

2.     From in or about July 2002 through in or about
February 2004, in the Southern District of New York and

elsewhere, RAJ SINGHAL, the defendant, unlawfully, willfully, and knowingly did take and carry away, with intent to steal and purloin, property and money and a thing of value not exceeding $1,000 belonging to, and in the care, custody, control, management and possession of a bank, to wit, SINGHAL submitted to his employer, a bank located in Manhattan, New York, requests for reimbursement of personal credit card expenses that SINGHAL falsely and fraudulently described as business expenses, and converted corresponding reimbursements to his own use.

(Title 18, United States Code, Section 2113(b).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

## UNITED STATES OF AMERICA

### - v -

### RAJ SINGHAL,

### Defendant.

---

### MISDEMEANOR
### INFORMATION

07 Cr.

(18 U.S.C. § 2113(b))

### MICHAEL J. GARCIA
United States Attorney.

---