**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
       against
    Raj Singhal

(Alias) _____

_____

              Please PRINT Clearly
```

DOCKET NO. ASSIGNED: 07 Crim 1113
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR. 2002

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE New York STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _Zaharah Markoe_
PRINT THE FOLLOWING INFORMATION CLEARLY
Zaharah Markoe
Attorney for Defendant
Kobre + Kim LLP
Firm name if any
808 3rd Ave.
Street address
New York   NY   10022
City         State      Zip
212-488-1200
Telephone No

[Stamp: USDC SDNY ELECTRONICALLY FILED DEC 12 2007]

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186