UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X

UNITED STATES OF AMERICA

v.

Raj Singhal,

             Defendant.

———————————————————X

07-CR-01113

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant Raj Singhal. I certify that I am admitted to practice in this court.

Dated: December 17, 2007
       New York, New York

 

Michael S. Kim (MK 0308)
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1201
Fax: (212) 488-1220