MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**SCANNED**



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                 Plaintiff,

           - v. -

RAJ SINGHAL,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

SATISFACTION OF JUDGMENT

07 CR 1113 (THK)

JUDGMENT #: 08,0643

        Satisfaction is acknowledged between United States of America, plaintiff, and Raj Singhal, defendant, for the fine in the amount of $5,000.00 and the special assessment in the amount of $50.00, amounting in all to the sum of $5,050.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 23rd day of April, 2008.

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York

            By: _____
                     KATHLEEN A. ZEBROWSKI
                     Assistant United States Attorney

STATE OF NEW YORK)
                  ss:
COUNTY OF NEW YORK)

        On the ___ day of May 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. ...
Qualified in Kings County
Commission Expires May 5, ____